UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re  Albert A Amartey Jr
       Patience K Amartey                    Chapter 13
       Debtor(s)                              Case No. 18-11657-BFK

AMENDED MOTION TO DISTRIBUTE FUNDS

COMES NOW, Albert A Amartey, Jr. and Patience K. Amartey, Debtors, by counsel, and request that funds held by the Court be distributed to them for the following reasons:

1. Debtors filed Chapter 13 on May 8, 2018.

2. This case was dismissed on April 29, 2019.

3. There are unclaimed funds in the amount of $7,020.45 which constitute Chapter 13 payments made by the Debtors.

4. Debtors believe no other party is entitled to these funds.

5. Debtors Patience and Albert Amartey want the held funds returned and request that they be sent to them at their address of 12056 Vangate Point Ct., Bristow, VA 20136

WHEREFORE, Debtors respectfully request that the unclaimed funds in the amount of $7,020.45 be distributed to them, and for such further relief as is just.

Respectfully submitted,

Albert A Amertey Jr
Patience K Amartey,

___/s/ Randall J. Borden_____
By: Randall J. Borden Esq. VSB#30780
Attorney at Law
10627 Jones St., Suite 201-A
Fairfax, VA 22030
703/385-8722; FAX: 855/385-8722
rbordenlawfirm@gmail.com
Counsel for Debtor(s)

CERTIFICATE OF SERVICE

I certify that on May 24, 2021, true and correct copies of the foregoing documents were transmitted to all ECF registered participants and to all parties on the attached matrix.

___/s/ Randall J. Borden_____
Randall J. Borden, Esq., VSB#30780