UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re   Albert A Amartey Jr
       Patience K Amartey                                    Chapter 13
       Debtor(s)                                             Case No. 18-11657-BFK

AMENDED NOTICE OF MOTION AND NOTICE OF HEARING

Albert A Amartey, Jr and Patience K Amartey, Debtors, ("Movant"), by and through its counsel, has filed papers with the seeking return of unclaimed funds.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before June 2, 2021, you or your attorney must:

•       Send to the parties listed below at least 21 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. The address of the clerk's office is as follows:

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street

Randall John Borden, Esq.
10627 Jones St., Suite. 201-A
 Fairfax, VA 22030
Counsel for the Movants

You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.

•       File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the

1

court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to the persons listed below.

Attend the hearing on the motion scheduled to be held on June 24, 2021, at 1:30 PM at U.S. Bankruptcy Court, 200 S. Washington St., Courtroom III, Alexandria, Virginia 22314-5405. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Albert A Amartey, Jr.
12056 Vangate Point Ct
Bristow, VA 20136

Patience K Amartey
12056 Vangate Point Ct
Bristow, VA 20136

Randall John Borden, Esq.
10627 Jones St., Suite. 201-A
Fairfax, VA 22030

Thomas P. Gorman, Ch 13 Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
1725 Duke Street 650
Alexandria, VA 22314

George Terwilliger, Esq
US Attorney, ED of Va
2100 Jamieson Ave
Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,

Albert A Amertey Jr
Patience K Amartey,

___/s/ Randall J. Borden_____
By: Randall J. Borden Esq. VSB#30780

Attorney at Law
10627 Jones St., Suite 201-A
Fairfax, VA 22030
703/385-8722; FAX:  855/385-8722
rbordenlawfirm@gmail.com
Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that on May 24, 2021,  true and correct copies of the foregoing documents were transmitted to all ECF  registered participants and to

Thomas P. Gorman, Ch 13 Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
1725 Duke Street 650
Alexandria, VA 22314

George Terwilliger, Esq
US Attorney, ED of Va
2100 Jamieson Ave
Alexandria, VA 22314

All registered ECF participants and to and to all parties on the attached matrix.

   /s/ Randall J. Borden_____
Randall J. Borden, Esq., VSB#30780